THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH ABURUMUH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIAN GROVES,<br><br>　　　　　Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:25-CV-41 AMA<br><br>District Judge Ann Marie McIff Allen |

　　　　On May 30, 2025, the Court "ORDERED that Plaintiff must within 30 days SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to ensure the inmate-account office filed a[ financial certificate (FC)], [inmate-account] statement, and applicable [initial partial filing fee], as shown on his compliant FC." (ECF No. 5.) Plaintiff has not responded and has not been heard from in this case since it was filed on April 7, 2025--nearly three months ago. (ECF No. 1.)

　　　　IT IS THEREFORE ORDERED as follows:

　　　　(1) This action is DISMISSED without prejudice for failure to prosecute. *See* DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for lack of prosecution. If the

party does not show good cause, a district judge . . . may enter an order of dismissal. The dismissal may be with or without prejudice, as the court deems proper.").

(2) Plaintiff's motion for appointed counsel is DENIED as moot. (ECF No. 3.)

DATED this 7th day of July, 2025.

BY THE COURT:

JUDGE ANN MARIE MCIFF ALLEN
United States District Court